DANIEL HECKER, PETITIONER, *v.* COMMISSIONER OF INTERNAL
REVENUE, RESPONDENT.

Docket No. 29535.   Promulgated October 11, 1929.

*D. H. James, Esq.*, for the petitioner.
*T. M. Mather, Esq.*, for the respondent.

#### OPINION.

TRAMMELL: This is a proceeding for the redetermination of a deficiency for 1925 in the amount of $175.57. The deficiency arises from the action of the respondent in refusing to allow a deduction claimed in that year on account of a net loss sustained in 1924.

The petitioner is an individual residing in the State of Indiana, and was engaged in the road construction business, and in 1924 sustained a net loss in the amount of $6,896.10 as a result of the sale of motor stock.

The respondent refused to allow the deduction for a net loss upon the ground that it was not shown to have been incurred in the operation of a trade or business regularly carried on by the taxpayer.

There is nothing in the record to indicate that the loss was sustained in connection with the operation of a trade or business, and the action of the respondent is accordingly approved.

*Judgment will be entered for the respondent.*